IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-73-M

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, ET AL., <br>     Plaintiffs, <br><br> v. <br><br> MICHAEL S. REGAN, Administrator of the United States Environmental Protection Agency, and the UNITED STATES ENVIRONMENTAL PROTECTION Agency, <br>     Defendants. | NOTICE OF APPEARANCE |

Please enter my name as an attorney of record on behalf of the Defendants in the above-captioned action. Copies of all correspondence and pleadings should be sent to the undersigned at the below address.

Respectfully submitted, this 9th day of June, 2022.

                MICHAEL F. EASLEY, JR.
                United States Attorney

BY:    /s/ C. MICHAEL ANDERSON
        C. MICHAEL ANDERSON
        Assistant United States Attorney
        Acting Chief, Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        Email: michael.anderson7@usdoj.gov
        NC Bar No. 42646

*Counsel for the Defendants*

# CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of June, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of the Notices of Electronic Filing generated by CM/ECF.

        MICHAEL F. EASLEY, JR.
        United States Attorney

        BY:   /s/ C. MICHAEL ANDERSON
        C. MICHAEL ANDERSON
        Assistant United States Attorney
        Acting Chief, Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        Email: michael.anderson7@usdoj.gov
        NC Bar No. 42646

*Counsel for the United States*