IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-cv-00073-M

CENTER FOR ENVIRONMENTAL HEALTH, *et al.*,

    Plaintiffs,

v.

MICHAEL REGAN,[1] in his official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*,

    Defendants.

**[PROPOSED] ORDER**

The Court reviewed all the briefing and considered all arguments and applicable case law and independently determined for the reasons explained by the Government, Plaintiffs' amended complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated:_____            _____
                                                                        RICHARD E. MYERS II
                                                                        U.S. DISTRICT COURT

---

[1] EPA Administrator Michael Regan is automatically substituted for Jane Nishida pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.