IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-cv-00073-M

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*,<br><br>Defendants. | **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO REASSIGN DEFENDANTS' MOTION TO LIMIT THE SCOPE OF REVIEW TO THE DISTRICT COURT** |

Defendants submit this response to Plaintiffs' Motion to Reassign Defendants' Motion to Limit the Scope of Review to the District Court (ECF No. 61). Defendants defer to the Court's determination as to which judge should decide Defendants' Motion to Limit the Scope of Review. In any event, the Court should first decide Defendants' Motion to Dismiss and, only if the Court denies Defendants' Motion to Dismiss, decide Defendants' Motion to Limit the Scope of Review.

Further, in their motion, Plaintiffs make repeated and supplemental argumentation and mischaracterize Defendants' positions. Defendants rest on their briefing with respect to the merits of the pending motions. The Court should reject Plaintiffs' repeated and additional argumentation.

Respectfully submitted this 27th day of September 2022.

        TODD KIM
        Assistant Attorney General

        */s/ Brandon N. Adkins*
        BRANDON N. ADKINS
        HUBERT T. LEE
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        4 Constitution Square
        150 M Street, NE
        Washington, D.C. 20002
        (202) 616-9174 (Adkins)
        (202) 514-1806 (Lee)
        Fax (202) 514-8865
        Brandon.Adkins@usdoj.gov
        Hubert.Lee@usdoj.gov
        Adkins: DC Bar #1010947
        Lee: NY Bar #4992145

        MICHAEL F. EASLEY, JR.
        United States Attorney

        C. MICHAEL ANDERSON
        Assistant United States Attorney
        150 Fayetteville Street, Suite 2100
        Raleigh, N.C. 27601
        (919) 856-4530
        Fax (919) 856-4821
        Michael.Anderson7@usdoj.gov
        N.C. Bar No. 42646

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically transmitted the foregoing Defendants' Response to Plaintiffs' Motion to Reassign Defendants' Motion to Limit the Scope of Review to the District Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

*/s/ Brandon N. Adkins*
United States Department of Justice