IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CV-00073-M

| | |
|---|---|
| CENTER FOR ENVIORNMENTAL HEALTH, et al., ) ) ) Plaintiffs, ) ) ORDER v. ) ) MICHAEL S. REGAN, in his official ) capacity as Administrator of the U.S. ) Environmental Protection Agency, et al., ) ) Defendants. ) | |

This matter comes before the court on the Plaintiffs' Motion for Leave to File Post-Hearing Memorandum in Opposition to Defendants' Motion to Dismiss. DE 78. For good cause shown, the motion is GRANTED. The Plaintiffs are permitted to file on the docket the Memorandum attached to their motion [DE 78-1]. Defendants are permitted to file a response not to exceed ten (10) pages in length on or before March 14, 2023.

SO ORDERED this 23rd day of February, 2023.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE