IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CV-00073-M

| | |
|---|---|
| CENTER FOR ENVIORNMENTAL HEALTH, et al., )<br>)<br>Plaintiffs, )<br>)<br>) ORDER<br>v. )<br>)<br>MICHAEL S. REGAN, in his official )<br>capacity as Administrator of the U.S. )<br>Environmental Protection Agency, et al., )<br>)<br>Defendants. ) | |

This matter comes before the court on the Plaintiffs' Motion to Reassign Defendants' Motion to Limit the Scope of Review to the District Court. DE 61. In light of Magistrate Judge Numbers February 7, 2023 order [DE 74] denying without prejudice Plaintiffs' Motion to Limit the Scope of Review [DE 56], Plaintiffs' Motion to Reassign [DE 61] is DENIED AS MOOT.

SO ORDERED this 23d day of February, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE