UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, CAPE FEAR RIVER WATCH, CLEAN CAPE FEAR, DEMOCRACY GREEN, THE NC BLACK ALLIANCE, and TOXIC FREE NC<br>          Plaintiffs,<br><br>vs.<br><br>MICHAEL S. REGAN AND THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>          Defendants. | **JUDGMENT**<br>**CASE NO. 7:22-CV-73-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's Order entered on March 30, 2023 [DE 85], Defendant's Motion to Dismiss [DE 48] is GRANTED.

This Judgment filed and entered on March 30, 2023, and copies to:
Counsel of record for the parties (via CM/ECF Electronic Notification)

March 30, 2023

                                            Peter A. Moore, Jr.
                                            Clerk of Court

                                       By: /s/ Kimberly R. McNally
                                                Deputy Clerk