THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-CV-73-M

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, ET AL., </br></br> PLAINTIFFS </br> v. </br> MICHAEL S. REGAN, ADMINISTRATOR OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY, AND THE U.S. ENVIRONMENTAL PROTECTION AGENCY, </br></br> DEFENDANTS | **NOTICE OF APPEAL** |

Notice is hereby given that Center for Environmental Health, Cape Fear River Watch, Clean Cape Fear and Toxic Free North Carolina, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment dismissing this action entered by the Court on March 30, 2023.

Respectfully submitted on April 25, 2023:

                <u>/s/ Robert M. Sussman</u>
                ROBERT M. SUSSMAN
                Sussman & Associates
                3101 Garfield Street, NW
                Washington, DC 20008
                (202) 716-0118

District of Columbia Bar No. 226746
bobsussman1@comcast.net

*Attorney for Plaintiffs*

/s/  Thomas  J.  Lamb
THOMAS J. LAMB
Law Offices of Thomas J. Lamb, P.A.
1908 Eastwood Rd., Ste. 225
Wilmington, NC 28403
TJL@LambLawOffice.com
(910) 256-2971
Fax (910) 256-2972
State Bar No. 18787

*Local Civil Rule 83.l(d) Counsel for Plaintiffs*

MICHAEL CONNETT
CA Bar No. 300314
Waters, Kraus and Paul
222 North Pacific Coast Highway Suite 1900
El Segundo, California 90245
mconnett@waterskraus.com
(310) 414-8146

*Attorney for Plaintiffs*