FILED: May 1, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1476
(7:22-cv-00073-M)

_____

CENTER FOR ENVIRONMENTAL HEALTH; CAPE FEAR RIVER WATCH; CLEAN CAPE FEAR; TOXIC FREE NC

         Plaintiffs - Appellants

and

DEMOCRACY GREEN; THE NC BLACK ALLIANCE

         Plaintiffs

v.

MICHAEL S. REGAN, Administrator of the U.S. Environmental Protection Agency; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

         Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Wilmington |
| Originating Case Number | 7:22-cv-00073-M |
| Date notice of appeal filed in originating court: | 04/25/2023 |
| Appellants | CENTER FOR ENVIRONMENTAL HEALTH; CAPE FEAR RIVER WATCH; CLEAN CAPE FEAR; TOXIC FREE NC |
| Appellate Case Number | 23-1476 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |